UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 92CR0118-T |
| Plaintiff, ) | |
| v. ) | JUDGMENT AND ORDER OF |
| ) | DISMISSAL OF INDICTMENT AND |
| JUAN CARLOS BRISENO-RIVAS, ) | RECALL ARREST WARRANT |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above entitled case be dismissed without prejudice and recall arrest warrant.

IT IS SO ORDERED.

DATED: October 29, 2012

_____
M. James Lorenz
United States District Court Judge